H. Peter Evans, OSB 012532
Attorney for Plaintiff
Evans & Evans, PC
222 NE Park Plaza Drive, Suite 113
Vancouver, WA 98684
Ph. 503-200-2718; Fx. 360-828-8724
peter@evansdisability.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOHN W. PEARCE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　　　　Defendant. | Case No. 3:21-cv-01482-MK<br><br>**ORDER FOR FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

　　　　It is hereby ORDERED that fees in the amount of $8,216.32 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  Attorney and paralegal fees in the amount of $8,216.32 will be paid to Plaintiff's attorney, subject to verification that Plaintiff does not have a debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

　　　　If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney, H. Peter Evans: 222 NE Park Plaza Drive, Suite 113, Vancouver, WA 98684.  If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made out to Plaintiff

ORDER FOR EAJA FEES - 1
[3:21-cv-01482-MK]

and mailed to Plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this 13th day of June 2023.

                                                    s/ Mustafa T. Kasubhai
                                                  MUSTAFA T. KASUBHAI (He / Him)
                                                  United States Magistrate Judge

Proposed Order submitted on June 12, 2023.

**/s/ H. Peter Evans**
H. Peter Evans, OSB 012532
Attorney for Plaintiff

ORDER FOR EAJA FEES - 2
[3:21-cv-01482-MK]